1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Linda Harter, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   ANDREA S. MOON
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  TAMARA CLAIRBORNE

9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,      ) Mag. No. 2:12-cr-00013 CKD
15                                )
                Plaintiff,        )
16                                ) STIPULATION AND ORDER TO VACATE
        v.                        ) TRIAL CONFIRMATION AND JURY TRIAL
17                                ) DATES AND RESET AS STATUS
   TAMARA CLAIRBORNE,             ) CONFERENCE
18                                )
                Defendant.        )
19                                ) Date:  February 27, 2012
   _____)        March 12, 2012
20                                  Time:  2:00 p.m. and 9:00 a.m.
                                    Judge: Hon. Carolyn K. Delaney
21

22

23
   The United States of America, through Justin Lee, Special Assistant
24
   United States Attorney, together with defendant, Tamara Clairborne, by
25
   counsel Linda Harter, Chief Assistant Federal Defender, stipulate to
26
   vacate the trial confirmation hearing set for February 27, 2012 at 2:00
27
   pm and the jury trial set for March 12, 2012 at 9:00 am and reset a
28

status conference for March 15, 2012 at 9:00 am.  The defense is conducting an investigation and attempting to locate additional parties that may have knowledge of this case.  Time is to be excluded under local code T4 as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:   February 14, 2012

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender


                                          /s/ Linda Harter
                                          LINDA HARTER
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          TAMARA CLAIRBORNE


Dated:  February 14, 2012         BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Justin Lee
                                          Justin Lee
                                          Special Assistant U.S. Attorney


                                     ORDER

IT IS SO ORDERED.


Dated: February 15, 2012

                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE