```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JUSTIN L. LEE
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-CR-00013-CKD |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO SET TRIAL CONFIRMATION HEARING AND JURY TRIAL, VACATE STATUS HEARING, EXCLUDE TIME; AND right, ORDER |
| v. | ) | |
| TAMARA A. CLAIRBORNE, and RODNEY L. TAYLOR, | ) | |
| | ) | DATE: April 26, 2012<br>TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed between the United States and the defendants, by and through their respective counsel, to set the Trial Confirmation Hearing for June 21, 2012 at 9:00 a.m., set the Jury Trial for July 9, 2012 at 9:00 a.m., and vacate the Status Hearing set for April 26, 2012 at 9:00 a.m.

Additionally, the parties stipulate and agree that time should be excluded from the signing of this Order until June 21, 2012, under 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) to ensure continuity of counsel for both defendants and to allow counsel for the defendants and the United States reasonable time necessary for effective preparation.  The parties request that

1

the Court make a finding that the ends of justice served by the granting of such continuance outweighs the best interests of the public and the defendants in a speedy trial.

DATED: April 24, 2012          BENJAMIN B. WAGNER
                               United States Attorney


                                /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Special Assistant U.S. Attorney

DATED: April 24, 2012          DANIEL J. BRODERICK
                               Federal Defender


                               (as authorized on 4/24/2012)
                                /s/ Linda Harter
                               LINDA HARTER
                               Chief Assistant Federal Defender
                               Attorney for Tamara Clairborne


                               (as authorized on 4/24/2012)
DATED: April 24, 2012           /s/ Kendall Dawson Wasley
                               KENDALL DAWSON WASLEY
                               Attorney for Rodney Taylor




                              O R D E R

   IT IS SO ORDERED.

DATED: April 25   , 2012


                                /s/ Carolyn K. Delaney
                               HONORABLE CAROLYN K. DELANEY
                               United States Magistrate Judge

2