```
BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
CHRIS CHANG
JUSTIN L. LEE
Special Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-CR-00013-CKD |
| )                            | |
| Plaintiff, )                 | STIPULATION AND PROTECTIVE ORDER |
| )                            | RE: DISSEMINATION OF HENTHORN |
| v. )                         | MATERIALS |
| )                            | |
| TAMARA CLAIRBORNE, )         | |
| )                            | |
| Defendant. )                 | |
| _____) | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Justin L. Lee, Special Assistant U.S. Attorney, representing plaintiff United States of America, and Linda Harter, representing defendant Tamara Clairborne, that the documents that will be provided to defense counsel pursuant to *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991) in this case are subject to limitations on dissemination as set forth herein.  The parties respectfully request that the court order these limitations by signing this Stipulation and entering it on the record as a Protective Order applicable to all *Henthorn* material provided by the government to defense counsel in this case.

1

1    The parties agree that the *Henthorn* material in this case
2 contains "Protected Information," which is defined here as including
3 the names, disciplinary actions, and conduct of a specific law
4 enforcement officer involved in this case.
5    Defense counsel agrees not to share any documents that contain
6 Protected Information with anyone other than defense counsel,
7 designated certified student attorneys, and support staff at the
8 Federal Defender's office located in the Sacramento office of the
9 Eastern District of California.  Defense counsel may permit the
10 defendant to view the documents in the presence of his defense
11 counsel, designated certified student attorneys, and support staff,
12 so long as defense counsel, designated certified student attorneys
13 and support staff do not allow the defendant to copy or retain
14 copies of the Protected Information.
15    In the event that the defendant substitutes counsel,
16 undersigned defense counsel agrees to withhold documents containing
17 Protected Information from new counsel unless and until substituted
18 counsel agrees also to be bound by this Stipulation and [Proposed]
19 Protective Order.

20 DATE: June 14, 2012            BENJAMIN B. WAGNER
                                  United States Attorney
21

22                          By:   /s/ Justin L. Lee
                                  JUSTIN L. LEE
23                                Special Assistant U.S. Attorney

24
   DATE: June 14, 2012            /s/ Linda Harter
25                                LINDA HARTER
                                  Attorney for Tamara Clairborne
26
   **IT IS SO ORDERED:**
27

28 DATED: June 14, 2012           /s/ Carolyn K. Delaney
                                  HON. CAROLYN K. DELANEY
                                  United States Magistrate Judge

2