1

2

3

**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:   530.759.0800**

4

**Attorney for Defendant**
   **RODNEY TAYLOR**

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

12

13

14

15

16

17

18

19

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:12-CR-00013-CKD |
| | ) |
| | ) |
| | ) **DEFENDANT TAYLOR'S EX PARTE** |
| | ) **APPLICATION FOR TRAVEL** |
| Plaintiff, | ) **EXPENSES AND PROPOSED ORDER** |
| | ) |
| v. | ) **Date:  July 9, 2012** |
| | ) **Time:  1:30 p.m.** |
| RODNEY TAYLOR, | ) **Crtm:  26** |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

20

21

22

23

24

25

26

27

28

**INTRODUCTION**

     Defendant Rodney Taylor hereby requests the Court authorize travel expenses to

and from court for the duration of his trial, pursuant to 18 U.S.C. § 4285. Mr. Taylor is

unable to afford his own transportation costs from his temporary residence to the trial.

The trial is set to begin on July 9, 2012 and is expected to last five (5) days.

     Under § 4285, the Court may, after determining that "the defendant is financially

unable to provide the necessary transportation to appear before the required court on

his own, direct the United States marshal to arrange for that person's means of non-

custodial transportation or furnish the fare for such transportation to the place where

1  his appearance is required, and in addition may direct the United States Marshal to

2  furnish that person with an amount of money for subsistence expenses to his

3  destination, not to exceed the amount authorized as a per diem allowance for travel

4  under § 5702(a) of title 5, Untied States Code." 18 U.S.C. § 4285.

5       Mr. Taylor estimates that the travel expense will be $60.00 per day for the 5

6  court days. Mr. Taylor will be staying with his brother in South Sacramento for the

7  duration of the trial, however has no transportation and will, therefore, need taxi fare to

8  and from court each day of trial. This arrangement is more cost effective than providing

9  hotel accommodations for Mr. Taylor at a hotel within walking distance of the

10  courthouse.

11  Dated: July 2 2012                  Respectfully submitted,

12

13                   By: /s/ Jennifer C. Noble
                    JENNIFER C. NOBLE, ESQ.

14                     Attorney for Defendant
                   RODNEY TAYLOR

15

16                             **ORDER**

17       TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

18

19       GOOD CAUSE APPEARING, it is hereby ordered that the UNITED STATES

20  MARSHAL SERVICE is authorized and directed to furnish the above named defendant,

21  RODNEY TAYLOR, with transportation expenses in the amount of $60.00 per day for

22  the duration of his trial beginning on July 9, 2012.  Mr. Taylor is unable to afford his

23  own transportation.

24       Furthermore, Mr. Taylor is ordered to appear before this court on July 9, 2012, at

25  1:30 p.m.

26  Dated: July 5, 2012

27  _____
   CAROLYN K. DELANEY

28     UNITED STATES MAGISTRATE JUDGE

---

Defendant's Application for                 Case no. 12-CR-00013 CKD
Travel Expenses and Proposed Order